Request for Jurisdiction Transfer
Name of Offender: Anthony Dantae Holmes

**FILED**
CLERK, U.S. DISTRICT COURT

10/15/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ kdu _____ DEPUTY

September 27, 2024
8:21-CR-00025-DOC-1

✎PROB 22
(Rev. 01/24)

DOCKET NUMBER (Tran. Court)
8:21-CR-00025-DOC-1

## TRANSFER OF JURISDICTION

DOCKET NUMBER (Rec. Court)
2:24-cr-00246-APG-MDC

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Central of California | Southern |

Mr. Anthony Dantae Holmes

☑ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON

OCT 29 2024

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ AMMi ____DEPUTY

NAME OF SENTENCING JUDGE
David O. Carter

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM February 8, 2024 | TO February 7, 2027 |
|---|---|---|

OFFENSE
18 USC 922(g)(1) Felon in Possession of a Firearm and Ammunition

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties, violation of supervision

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

October 15, 2024
*Date*

*David O. Carter*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 30, 2024
*Effective Date*

_____
*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Anthony Dantae Holmes

Case No.:  To be assigned

**REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISIDCTION**

October 29, 2024

TO:    The Honorable Judge

On January 14, 2022, Mr. Holmes was sentenced in the Central District of California to 41 months custody followed by three (3) years supervised release for having committed the offense Felon in Possession of a Firearm and Ammunition. Mr. Holmes commenced supervision in the District of Nevada on August 16, 2024.

Mr. Holmes plans to remain in Las Vegas for the duration of his supervision. To expedite any future matters which may require the Court's attention, it is recommended the Court accept jurisdiction of this case.

Should the Court agree with this request, a signed transfer of jurisdiction form 22 is attached for Your Honor's review and signature.

Respectfully submitted,

*E Hogans*  Digitally signed by Erica
Denney
Date: 2024.10.29 12:16:33
-07'00'

Erica Hogans
US Probation Officer

Approved:

*Amberleigh H. Barajas*  Digitally signed by
Amberleigh Barajas
Date: 2024.10.29
11:14:36 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer