**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ANTHONY DANTAE HOLMES,<br><br>         Defendant. | Case No. 2:24-cr-00246-APG-MDC<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Stipulation to Continue Preliminary Hearing (ECF No. 16) is GRANTED.

IT IS FURTHER ORDERED that the Preliminary Hearing currently scheduled on June 17, 2025 at the hour of 4:00 p.m., is vacated and continued to August 6, 2025 at the hour of 2:00 p.m. in a courtroom to be determined.

DATED this 17th day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3