**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00246-APG-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY DANTAE HOLMES, | |
| Defendant. | |

I HEREBY ORDER that the revocation hearing currently scheduled for June 24, 2025, at 9:30 a.m., be vacated and continued to August 13, 2025 at the hour of 10:00 a.m.

DATED this 18th day of June, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3