|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANTHONY DANTAE HOLMES,<br><br>　　　　Defendant. | Case No. 2:24-cr-00246-APG-MDC<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 13, 2025, at 10:00 a.m., be vacated and continued to _October 1, 2025_ at the hour of _9:00 a.m._; or to a time and date convenient to the court.

　　DATED this 6th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3